# United States District Court
## Northern District of Illinois
### Eastern Division

Smart Options, LLC                   **JUDGMENT IN A CIVIL CASE**

      v.                                        Case Number: 12 C 2498

Jump Rope, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Jump Rope, Inc.'s motion for summary judgment of non-infringement and motion to strike are granted. Judgment is hereby entered in favor of Defendant Jump Rope, Inc. and against Plaintiff, Smart Options, LLC.

                                                  Thomas G. Bruton, Clerk of Court

Date: 11/13/2012                      _____
                                      /s/ Katie Franc, Deputy Clerk