IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART OPTIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-2498 ) ) Judge Amy St. Eve |
| JUMP ROPE, INC., | ) Magistrate Judge Martin C. Ashman ) |
| Defendant. | ) ) |

## DECLARATION OF PETER K. BRAXTON

I, Peter K. Braxton, declare:

1. I am the President and largest stockholder in Jump Rope, Inc. I have personal knowledge of the facts set forth herein, and if called to testify to them I could competently do so.

2. The gross revenue to date for all sales, including experimental and demonstration sales, for Jump Rope from its smartphone applications—the only revenue Jump Rope has made—is $17,098.87.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 23, 2012    _____
    Peter K. Braxton

1